FILED

10/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0333

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0333

_____

IN RE THE PARENTING OF:

R.T.C.,

TIMOTHY RAY CLARK,

     Petitioner and Appellee,

  and,

J'AIME COLLEEN O'NEILL,

     Respondent and Appellant.

O R D E R

_____

Pursuant to Appellant's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant's opening brief shall be filed on or before October 29, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 22 2021